1

2                     IN THE UNITED STATES DISTRICT COURT

3                     FOR THE NORTHERN DISTRICT OF CALIFORNIA

4

5    Zhang,                                    No. CV09-05921 JSW

6              Plaintiff,
                                               **ORDER SCHEDULING TRIAL AND**
7    v.                                        **PRETRIAL MATTERS**

8    Walgreen CO.,

9              Defendant.

10   _____/

11

12        Following the Case Management Conference, IT IS HEREBY ORDERED that the Case

13   Management Statement is adopted, except as expressly modified by this Order.  It is further

14   ORDERED that:

15        **A.    DATES**

16   Jury Trial Date:  2/28/2011, at 8:00 a.m., 10 days

17   Pretrial Conference:  Monday, 2/7/2011, at 2:00 p.m.

18   Last Day to Hear Dispositive Motions:  Friday, 11/12/2010, 9:00 a.m.

19   Last Day for Expert Discovery:  10/27/2010

20   Close of Non-expert Discovery: 9/27/2010

21        **B.    DISCOVERY**

22        The parties are reminded that a failure voluntarily to disclose information pursuant to

23   Federal Rule of Civil Procedure 26(a) or to supplement disclosures or discovery responses

24   pursuant to Rule 26(e) may result in exclusionary sanctions.  Thirty days prior to the close of

25   non-expert discovery, lead counsel for each party shall serve and file a certification that all

26   supplementation has been completed.

27

28

**United States District Court**
For the Northern District of California

**United States District Court**
For the Northern District of California

1

**C.     PROCEDURE FOR AMENDING THIS ORDER**

2      No provision of this order may be changed except by written order of this court upon its

3  own motion or upon motion of one or more parties made pursuant to Civil. L. R. 7-1 or 7-1-(b)

4  without a showing of very good cause.  If the modification sought is an extension of a deadline

5  contained herein, the motion must be brought <u>before</u> expiration of that deadline.  The parties

6  may not modify the pretrial schedule by stipulation.  A conflict with a court date set after the

7  date of this order does not constitute good cause. The parties are advised that if they stipulate to

8  a change in the discovery schedule, they do so at their own risk.  The only discovery schedule

9  that the Court will enforce is the one set in this order.  Additionally, briefing schedules that are

10  specifically set by the court may not be altered by stipulation; rather the parties must obtain

11  leave of Court.

12      **IT IS SO ORDERED.**

13

14  Dated:  April 6, 2010

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

15

16

17

18

19

20

21

22

23

24

25

26

27

28