DAVID A. DEPOLO, ESQ. (State Bar No. 118205); ddepolo@dndmlawyers.com
TANYA P. TAMBLING, ESQ. (State Bar No. 262979); ttambling@dndmlawyers.com
DONNELLY NELSON DEPOLO & MURRAY
A Professional Corporation
201 North Civic Drive, Suite 239
Walnut Creek, CA 94596
Tel. No. (925) 287-8181
Fax No. (925) 287-8188

Attorneys for Plaintiff
Janet Zhang

UNITED STATES DISTRICT COURT- NORTHERN DISTRICT OF CALIFORNIA-

SAN FRANCISCO BRANCH

| | |
|---|---|
| JANET ZHANG,<br><br>Plaintiff,<br><br>vs.<br><br>WALGREEN CO. a corporation; HILDA CHUNG; LINDA DEFRONZO; RUTH CONROY; and DOES 1-20,,<br><br>Defendants. | C 09-05921 JSW<br><br>**STIPULATION BY PARTIES TO VACATE THE AMENDED COMPLAINT FILING DEADLINE**<br><br>AND ORDER THEREON<br>**Complaint Filed:** October 29, 2009<br>**Trial:** February 28, 2011<br><br>ASSIGNED FOR ALL PURPOSES TO:<br>**THE HONORABLE JEFFREY S. WHITE** |

It is hereby acknowledged and stipulated by plaintiff, JANET ZHANG, and defendant, WALGREENS, by and through their counsel of record, that the current deadline of April 14, 2010, for amending the complaint be vacated. The parties have agreed that a new deadline will be imposed. This new deadline will be a date two weeks after the date of mediation, which the parties are scheduling to take place in June 2010.

The new deadline for amending the complaint was stipulated to for pragmatic purposes. Currently, this case is in federal court. If plaintiff amends her complaint, individual defendants will be named, thereby potentially destroying diversity jurisdiction. If the case is remanded to state court, a new case management conference will need to be set. Since this matter is already set for mediation and the current parties are amenable to finding resolution, the parties have agreed to extend the filing deadline of any amended complaint.

A trial date of February 28, 2011 has been set in this case. There is no further case management conference. Per Local Rule 6-1(a),

> Parties may stipulate in writing, without a Court order, to ...enlarge or shorten the time in matters not required to be filed or lodged with the Court, provided the change will not alter the date of any event or any deadline already fixed by the Court order.

Since no deadlines are affected by enlarging the time in which plaintiff can file her amended complaint, the parties are filing this stipulation pursuant to Local Rule 5.

Dated:     April 14, 2010

By: _____/s/_____
David A. Depolo, Esq.
Tanya P. Tambling, Esq.
Attorneys for Plaintiff, JANET ZHANG

Dated:     April 14, 2010

By: _____/s/_____
Brian Crone, Esq.
Attorney for Defendant, WALGREENS

Counsel for plaintiff is in possession of the original stipulation with signatures from all parties.

Dated:     April 14, 2010

By: _____/s/_____
David A. Depolo, Esq.
Tanya Tambling, Esq.
Attorney for Plaintiff, JANET ZHANG

The Court set the deadline for amending the Complaint at the case management conference, and finds good cause to grant the stipulation. Accordingly, it is approved.

April 15, 2010

*Jeffrey S. White*

C 09-05921 JSW: STIPULATION BY PARTIES TO VACATE THE AMENDED COMPLAINT FILING DEADLINE

826-8650/TPT/290785