REX DARRELL BERRY, State Bar No. 110219
BRIAN S. CRONE, State Bar No. 191731
BERRY & BLOCK LLP
2150 River Plaza Drive, Suite 415
Sacramento, CA 95833
(916) 564-2000
(916) 564-2024 FAX

Attorneys for Defendant
WALGREEN CO.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| JANET ZHANG, | Case No. 3:09-CV-05921-JSW |
| Plaintiff, | |
| v. | **STIPULATION AND [PROPOSED] ORDER TO EXTEND ADR DEADLINE** |
| WALGREEN CO., a corporation; and DOES 1 through 20, | |
| Defendants. | |

Plaintiff Janet Zhang and Defendant Walgreen Co. (hereinafter referred to as the "Parties") hereby stipulate by and through their counsel of record, David Depolo and Brian Crone respectively, to extend the current deadline to complete ADR session from July 5, 2010 to July 16, 2010. The Parties' stipulation is based on the following:

1. On or about March 5, 2010, the Court ordered the Parties to submit the matter to the agreed upon form of ADR – mediation – and provided that the "Deadline for ADR session" was "120 days from the date of this Order," which would be July 5, 2010.

2. On or about March 31, 2010, the Court provided to the Parties a Notice of Appointing Kristen Maloney as mediator.

3. On April 12, 2010, the Parties held an initial mediation conference with Ms. Maloney to, among other items, select a mediation date.

/ / /

---

1

**STIPULATION AND [PROPOSED] ORDER TO EXTEND ADR DEADLINE**

4.     As a result of counsel for Defendant Walgreen Co.'s ("Walgreens") current trial schedule, the Parties initially attempted to schedule the deposition for mid-June 2010.  Walgreens' client representative was unavailable for the dates selected in mid-June as well as Ms. Zhang (who is traveling from out of the country to attend the mediation).

5.     Due to the various schedule conflicts, the first date that the Parties and their counsel are available for mediation is July 14, 2010.  The Parties have tentatively scheduled the mediation for this date with the mediator and seek relief from the Court's Order requiring completion of the mediation by July 5, 2010.

A trial date of February 28, 2010 has been set in this case.  There is no further case management conference.  Per Court Rule 6-1(a):

> The Parties may stipulate in writing, without a Court order, to . . . enlarge or shorten the time in matters not required to be filed or lodged with the Court, provided the change will not alter the date of any event or any deadline already fixed by the Court Order.

Since no deadlines are affected by enlarging the time in which the Parties can complete mediation, the Parties are filing this Stipulation pursuant to Local Rule 5.

DATED:  May 6, 2010                    BERRY & BLOCK LLP

By   /s/ *Brian S. Crone, Esq.*
     BRIAN S. CRONE
     Attorneys for Defendants
     WALGREEN CO.

DATED:  May 4, 2010                    DONNELLY NELSON DEPOLO & MURRAY

By   /s/ *David Depolo, Esq.*
     DAVID DEPOLO
     Attorneys for Plaintiff
     JANET ZHANG

1   IT IS HEREBY ORDERED that the deadline for the Parties to complete mediation in
2   this matter is extended from July 5, 2010 to July 16, 2010.
3
4   IT IS SO ORDERED.
5   Dated: May 6, 2010                           _____
6                                                Honorable Jeffery S. White

**STIPULATION AND [PROPOSED] ORDER TO EXTEND ADR DEADLINE**