DAVID A. DEPOLO, ESQ. (State Bar No. 118205); ddepolo@dndmlawyers.com
TANYA P. TAMBLING, ESQ. (State Bar No. 262979); ttambling@dndmlawyers.com
DONNELLY NELSON DEPOLO & MURRAY
A Professional Corporation
201 North Civic Drive, Suite 239
Walnut Creek, CA 94596
Tel. No. (925) 287-8181
Fax No. (925) 287-8188

Attorneys for Plaintiff
Janet Zhang

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANET ZHANG, | Case No. C 09-05921 JSW |
| Plaintiff, | [PROPOSED] ORDER RE STIPULATION BY PARTIES TO REQUEST AN ORDER CHANGING TIME TO DISCLOSE EXPERTS AND CLOSE EXPERT DISCOVERY |
| vs. | |
| WALGREEN CO. a corporation; HILDA CHUNG; LINDA DEFRONZO; RUTH CONROY; and DOES 1-20,, | Complaint Filed: October 29, 2009<br>Trial: 2/28/2011 |
| Defendants. | ASSIGNED FOR ALL PURPOSES TO:<br>THE HONORABLE JEFFREY S. WHITE |

PURSUANT TO THE STIPULATION BY AND BETWEEN THE PARTIES TO REQUEST AN

ORDER CHANGING TIME TO DISCLOSE EXPERTS AND CLOSE EXPERT DISCOVERY

AND GOOD CAUSE APPEARING, the deadline for the parties' expert disclosure shall be ~~November 17, 2010, and the deadline for completing expert discovery is December 17, 2010.~~

The Court notes that the parties did not propose a deadline for expert disclosure in their initial ~~Joint Case Management Statement.~~

IT IS SO ORDERED.

Dated: October 13, 2010

*/s/ Jeffrey S. White*

~~JUDGE OF THE SUPERIOR COURT~~
UNITED STATES DISTRICT JUDGE

C 09-05921 JSW: [PROPOSED] ORDER RE STIPULATION BY PARTIES TO REQUEST AN ORDER CHANGING TIME TO DISCLOSE EXPERTS AND CLOSE EXPERT DISCOVERY

826-8650/TPT/301522.doc