1  DAVID A. DEPOLO, ESQ. (State Bar No. 118205); ddepolo@dndmlawyers.com
   TANYA P. TAMBLING, ESQ. (State Bar No. 262979); ttambling@dndmlawyers.com
2  DONNELLY NELSON DEPOLO & MURRAY
   A Professional Corporation
3  201 North Civic Drive, Suite 239
   Walnut Creek, CA 94596
4  Tel. No. (925) 287-8181
   Fax No. (925) 287-8188
5

6  Attorneys for Plaintiff
   Janet Zhang
7

8                  IN THE UNITED STATES DISTRICT COURT

9        FOR THE NORTHERN DISTRICT OF CALIFORNIA- SAN FRANCISCO BRANCH

10

11 JANET ZHANG,                               Case No. C 09-05921 JSW

12         Plaintiff,                         [PROPOSED] ORDER RE STIPULATION BY
                                              PARTIES TO REQUEST AN ORDER
13     vs.                                    CHANGING TIME TO FILE OPPOSITION TO
                                              DEFENDANT WALGREENS' MOTION FOR
14 WALGREEN CO. a corporation; HILDA          SUMMARY JUDGMENT AND DEFENDANT
   CHUNG; LINDA DEFRONZO; RUTH                WALGREEN CO.'S REPLY BRIEF
15 CONROY; and DOES 1-20,,
                                              Date:      November 12, 2010
16         Defendants.                        Time:      9:00 a.m.
                                              Courtroom: 11
17
                                              Complaint Filed: October 29, 2009
18                                            Trial: 2/28/2011

19                                            ASSIGNED FOR ALL PURPOSES TO: **THE
                                              HONORABLE JEFFREY S. WHITE**
20  _____

21         PURSUANT TO THE STIPULATION BY AND BETWEEN THE PARTIES TO REQUEST AN

22 ORDER CHANGING TIME TO SERVE AND FILE PLAINTIFF'S OPPOSITION TO DEFENDANT

23 WALGREEN'S MOTION FOR SUMMARY JUDGMENT AND DEFENDANT WALGREENS' REPLY

24 BRIEF,

25 for good cause shown, and in light of this Court's limited availability for hearings in
   November, the parties' request is GRANTED.
26

27

28
                                            1
C 09-05921 JSW: [PROPOSED] ORDER RE STIPULATION BY PARTIES TO REQUEST AN
ORDER CHANGING TIME TO FILE OPPOSITION TO DEFENDANT WALGREENS' MOTION
FOR SUMMARY JUDGMENT AND DEFENDANT WALGREEN CO.'S REPLY BRIEF

826-8650/TPT/301997

IT IS SO ORDERED.

Dated: October 21, 2010

*Jeffrey S. White*
~~JUDGE OF THE SUPERIOR COURT~~
UNITED STATES DISTRICT JUDGE

2
C 09-05921 JSW: [PROPOSED] ORDER RE STIPULATION BY PARTIES TO REQUEST AN ORDER CHANGING TIME TO FILE OPPOSITION TO DEFENDANT WALGREENS' MOTION FOR SUMMARY JUDGMENT AND DEFENDANT WALGREEN CO.'S REPLY BRIEF

826-8650/TPT/301997